2:22-cv-01822-GMN-BNW

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 0 1 2022

         CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

In And For The United States District Court
(Southern) District of Nevada

Re: 42 U.S.C. §1983 / Oct. 31, 2022          November 27, 2022

**Emergency Motion:**

(This action was returned to your Plaintiff on November 24, 2022 for "insufficient address") (originally placed in mail on November 15, 2022)

On October 31, 2022, I, your Plaintiff Melvin L. Bailey Jr., lodged/submitted a Civil Complaint (42 §1983) with the Clerk of this Court for filing. Your Plaintiff is homeless and on November 11, 2022 was arrested for a parole violation.

Because of the sudden change of address, your Plaintiff has no idea as to the case number or any process previously issued by this Court. It is your Plaintiff's prayer, therefore, that all further process/proceedings be sent to the Clark County Detention Center in Las Vegas.

Respectfully submitted this 27th day of November,

                                        Melvin L. Bailey, Jr.
                                        /s/
                                        545-18 / 1122502

## ORDER

IT IS ORDERED that ECF No. 5 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to send Mr. Bailey a copy of the docket sheet and ECF Nos. 3 and 4.

IT IS SO ORDERED
DATED: 3:35 pm, December 02, 2022

_/s/ Brenda Weksler_
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Steven L. Bauer Jr. #1225021 *Susie
N.D.C.
330 Casino Center
Las Vegas, NV 89101

ATTENTION: Clerk of Court
Federal District Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

LAS VEGAS NV 890
29 NOV 2022 PM 4

Barn Swallow
FOREVER USA

XRAYED US MARSHALS SERVICE

___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

DEC 02 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY