RE: ORDER DISMISSING CIVIL WITHOUT PREJUDICE
#2:22-CV-01822-GMN-BNW

FILED DECEMBER-29-2022
ENTERED           RECEIVED
                  SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 16 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

DEAR MS. WEKSLER,

I WILL MAKE THIS AS BRIEF AND CONCISE AS POSSIBLE. MY YOUR PLAINTIFF FINALLY RECEIVED THE CASE #: 2:22-CV-01822/PROCESS TODAY 12-29-22. THIS MEANS THAT I DID NOT KNOW THAT THE COMPLAINT HAD BEEN DISMISSED WITHOUT PREJUDICE ON 11-21-22 UNTIL TODAY. AND SO, NATURALLY, I DIDN'T KNOW THAT I HAD UNTIL 12-21-22 TO AMEND THE COMPLAINT.

EMPHATICALLY, IF THE CRIMINAL PROCEEDINGS WERE [NOT] "VALID", AND WERE NOT "CONDUCTED" IN A COURT HAVING LAWFUL JURISDICTION, IN ACCORD WITH THE LAWS IN FORCE AT THE TIME OF CONVICTION, THEN, WOULD THAT NOT EXPLAIN WHY THE DEFENDANTS' AUTHORITY WAS CHALLENGED BY ME IN THE FIRST PLACE? AND FOR A MOMENT, IF YOU WOULD, WHAT IF THE COMMISSIONERS KNEW, BECAUSE OF A CONVERSATION WITH THE STATE PUBLIC DEFENDER TWO DAYS PRIOR, THAT I INTENDED TO ASSERT [ON THE RECORD] THEIR AUTHORITY WAS VOID/INVALID BECAUSE THE SENTENCING COURT HAD NO LAWFUL ORIGINAL JURISDICTION TO COMMIT ME TO PRISON NOR TO ENTER THE JUDGMENT OF CONVICTION AGAINST ME, COULD THAT BE WHY THE DEFENDANT PAROLE BOARD COMMISSIONERS WOULD NOT ALLOW ME TO ASSERT THAT CONSTITUTIONAL DEFENSE ON THE RECORD?

AND, MS. WEKSLER, THAT WAS/IS WHY THE APPOINTMENT OF COUNSEL WAS NECESSARY TO ENSURE THAT I FINALLY WOULD HAVE MY DAY IN COURT... THE INITIAL 'FRAUD' (1994) WAS FOR THE UNLAWFUL PURPOSE OF SETTING IN MOTION A CHAIN OF EVENTS THAT WOULD ULTIMATELY ALLOW THE STATE PAROLE BOARD COMMISSIONERS TO IGNORE MY CONSTITUTIONAL DEFENSE TO THEIR PURPORTED AUTHORITY, AND THEREBY DENY ME THE CONSTITUTIONAL RIGHT ENFORCE MY CIVIL RIGHT TO PERSONAL LIBERTY. THE PAROLE BOARD COMMISSIONERS ARE INDEED

vicariously liable for the intentional deprivations of my constitutional rights - 25 years ago - by the state constitutional officers responsible for the judicial proceedings leading up to the "void" judgment of conviction.

My pro se complaint was/is more than mere "labels and conclusions", Ms. Weksler, and at the pleading stage I would have thought that the allegations "implied within and by the response to" what I want the court to do for me - would necessarily constitute "sufficient factual allegations about the underlying dispute and the defendants' role in the matter to state a claim".

Finally, and once again, I only received the order dismissing the complaint without prejudice today, 12-29-22. The order was issued on 11-21-22 and I had until 12-21-22 to amend the complaint... It would appear that the court was [not] concerned as to whether I would or could be successful on the merits... However, I am not deterred, I am accustomed to Nevada's specialized brand of contrivance and lawlessness. But I will, once again, ask that this court reconsider the defendants' authority and whether it stems from "valid criminal proceedings, conducted in a court having lawful jurisdiction, in accord with the state laws in force at the time of conviction". Liberally construed I believe, to ask the question is to answer it in your Petitioner's favor, and the face of the record proves it. "If taken as true", the questions as to "the validity of the criminal proceedings", as to whether they were conducted in a court having lawful jurisdiction, in accord with the laws in force at the time of conviction", and is construed in the light most favorable to the plaintiff, the [is] invalid and the court's

## ORDER

IT IS ORDERED that ECF No. 16 is GRANTED in part and DENIED in part. ECF No. 16 is granted to the extent Plaintiff is seeking more time to file an amended complaint. ECF No. 16 is denied without prejudice to the extent Plaintiff seeks to have ECF No. 16 serve as his amended complaint. IT IS FURTHER ORDERED that the Clerk of Court is directed to send Plaintiff a form complaint. IT IS FURTHER ORDERED that Plaintiff must complete the form complaint, in legible handwriting, and file it by March 17, 2023. Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED

DATED: 9:56 am, February 21, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**