**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Melvin Jr. Bailey,<br><br>            Plaintiff,<br><br>v.<br><br>Nevada Parole & Probation, et al.,<br><br>            Defendants. | Case No. 2:22-cv-01822-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 3. Plaintiff was given until December 21, 2022 to amend his complaint. *Id.* at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* The Court subsequently extended Plaintiff's time to file an amended complaint to March 17, 2023 and again advised that failure to file an amended complaint by this date may result in a recommendation that his case be dismissed. ECF No. 17. Since this order, Plaintiff has not filed anything in his case. Accordingly, he appears to have abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

IT IS FURTHER RECOMMENDED that Plaintiff's motion to expedite trial (ECF No. 6) be denied as moot.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 17, 2023

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE